UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00482-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PAUL BRENNAN,

       Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#16)** on December 13, 2006 by Defendant Paul Brennan.  The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.    A Change of Plea hearing is set for **January 29, 2007**  at **8:15 a.m.**  in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.    The motions hearing set for January 17, 2007, the  final trial preparation conference set for February 7, 2007, and the February 12, 2007 trial date are **VACATED**.

Dated this 13th day of December, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge