UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00482-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL BRENNAN,

    Defendant.

**ORDER GRANTING MOTION TO RE-SCHEDULE THE SENTENCING HEARING**

THIS MATTER is before the Court on the Motion to Re-schedule the Sentencing Hearing **(#22).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#22) is GRANTED**. The Sentencing hearing currently scheduled for **May 7, 2007 is VACATED** and **RESET to May 14, 2007 at 11:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 24th day of April, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge